ERICH SCHULZ, Appellant, v. MARIE SCHULZ, Also Known as MARIE GIESHEN,

Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.